No. 695. DETROIT & WINDSOR FERRY CO. *v.* WOODWORTH, FORMER COLLECTOR OF INTERNAL REVENUE. February 17, 1941. Petition for writ of certiorari to the

Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Hal H. Smith* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Arthur A. Armstrong* for respondent.